# In the United States Court of Federal Claims

|  |  |
|---|---|
| ROMAN B. CYBAK and ARLENE M. CYBAK, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>  Defendant. | No. 15-480T <br> Filed: June 8, 2016 |

## O R D E R

The court is in receipt of parties' June 8, 2016 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2015), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, attorneys' fees, and other expenses. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**